VINCENT MANISCALCO, Respondent, v. UNITED STATES TRUCKING CORPORATION et al., Defendants, and CATERPILLAR TRACTOR COMPANY, Defendant-Appellant.—

No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.